FILED
CLERK, U.S. DISTRICT COURT
AUG 18 2009
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MOSES CLARK,<br><br>    Petitioner,<br><br>    v.<br><br>SANDOR, WARDEN,<br><br>    Respondent. | Case No. CV 09-04563 RSWL (AN)<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED AND DECREED THAT the petition for a writ of habeas corpus is dismissed with prejudice for the reasons set forth in the accompanying Memorandum and Order.

DATED: August 18, 2009

/ s /
_____
HONORABLE RONALD S.W. LEW
Senior, U.S. District Court Judge